**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VIRGINIA D. HATCH and**
**BILLY F. HATCH,**

    **Appellants,**

v.                                     **Case No.  8:05-cv-1580-T-30TGW**

**RALPH J. HARPLEY,**

    **Appellee.**
_____/

**ORDER**

    THIS CAUSE comes before the Court upon the Original Brief for the Appellants Virginia D. Hatch and Billy F. Hatch (Dkt. # 16).  Local Rule 3.01(c) limits a party's brief to twenty (20) pages in length.  Appellants' original brief is sixty (60) pages in length.  Accordingly, the Original Brief for the Appellants Virginia D. Hatch and Billy F. Hatch (Dkt. # 16) is hereby **STRICKEN.**  Appellants may file an amended original brief of twenty (20) pages or less within eleven (11) days of the date of this Order.

    **DONE** and **ORDERED** in Tampa, Florida on September 14, 2005.

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1580.strike 301c original brief.wpd