**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VIRGINIA D. HATCH and**
**BILLY F. HATCH,**

    Appellants,

v.   Case No.  8:05-cv-1580-T-30TGW

**RALPH J. HARPLEY,**

    Appellee.
_____/

## ORDER DENYING APPELLEE'S MOTION TO DISMISS APPEAL AND CONVERTING APPELLEE'S MEMORANDUM OF LAW INTO A RESPONSIVE BRIEF

THIS CAUSE comes before the Court upon Appellee's Motion to Dismiss Appeal (Dkt. #19) and Appellants' Response (Dkt. #24) thereto.  After a review of the pleadings, the Court determines that Appellee's Motion to Dismiss Appeal should be and it is hereby DENIED.

Appellee's Memorandum in Support (Dkt. #22) of the Motion to Dismiss Appeal is hereby converted to Appellee's responsive Brief.  If the Court needs any additional response from Appellee, it will provide appropriate notice and further response time to Appellee.

Having now treated Appellee's Memorandum in Support of the Motion to Dismiss as a responsive Brief, Appellants have the opportunity to reply, if they wish.  If Appellants wish to supplement their Response (Dkt. #24), they may do so within thirty (30) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on November 21, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

.

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1580.deny motion dismiss.frm