UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VIRGINIA D. HATCH and**
**BILLY F. HATCH,**

    Appellants,

v.                                          Case No.  8:05-cv-1580-T-30TGW

**RALPH J. HARPLEY,**

    Appellee.
_____/

## **ORDER**

    THIS CAUSE comes before the Court upon Appellant's initial brief, Appellee's answer brief (Dkt. # 22) and Appellant's reply brief (Dkt. # 27).  The Court, having considered the briefs and the record, and being otherwise fully advised, finds that Appellant's appeal should be denied.

    It is therefore ORDERED AND ADJUDGED that:

    1.    Appellants Virginia D. Hatch and Billy F. Hatch's appeal is DENIED.

    2.    The Clerk is directed to terminate any pending motions and close this file.

    **DONE** and **ORDERED** in Tampa, Florida on January 9, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1580.deny bankruptcy appeal.wpd