**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VIRGINIA D. HATCH and**
**BILLY F. HATCH,**

    Appellants,

v.                                       Case No.  8:05-cv–1580-T-30TGW

**RALPH J. HARPLEY,**

    Appellee.
_____/

## **AMENDED ORDER**

THIS CAUSE comes before the Court upon Appellant's initial brief (Dkt.# 18), Appellee's answer brief (Dkt. #20 ) and Appellant's reply brief (Dkt.# 27).  The Court, having considered the briefs and the record, and being otherwise fully advised, finds that the underlying Bankruptcy Court's findings should be affirmed.  No legal error was committed by the Bankruptcy Court given its findings of facts.

It is therefore ORDERED AND ADJUDGED that:

1.    The Bankruptcy Court's Findings of Fact and Conclusions of Law and Final Judgment in Favor of Plaintiff are hereby AFFIRMED.

2.    The Clerk is directed to terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida on January 23, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1580. bankruptcy appeal affirmed.frm